# United States Court of Appeals

## For the Eighth Circuit

_____

### No. 13-3735

_____

George C. Robinson

*Plaintiff - Appellant*

Elizabeth C. Robinson

*Plaintiff*

v.

Option One Mortgage Corporation

*Defendant - Appellee*

_____

### No. 14-1312

_____

George C. Robinson

*Plaintiff - Appellant*

Elizabeth C. Robinson

*Plaintiff*

v.

Option One Mortgage Corporation

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Ft. Smith
_____

Submitted: October 2, 2014
Filed: October 3, 2014
[Unpublished]
_____

Before WOLLMAN, BYE, and SMITH, Circuit Judges.
_____

PER CURIAM.

In these consolidated appeals, George Robinson challenges the district court's[1] adverse grant of summary judgment, and denial of post-judgment relief, in this action under the Real Estate Settlement Procedures and Fair Debt Collection Practices Acts. Upon careful de novo review, see Rochling v. Dep't of Veterans Affairs, 725 F.3d 927, 937 (8th Cir. 2013) (standard of review), we conclude that summary judgment was proper, because the claims are time-barred, see 12 U.S.C. § 2614; 15 U.S.C. § 1692(k); and we also conclude that the court did not abuse its discretion in denying reconsideration, see Noah Bond Cold Storage, 408 F.3d 1043, 1045 (8th Cir. 2005) (per curiam).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.

-2-